IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:15CR61 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MATTHEW M. LEONARD and | ) | |
| DAVID E. LEONARD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motions for an extension of time by defendant Matthew M. Leonard (Filing No. 27) and defendant David E. Leonard (Filing No. 28). Defendants seek an extension in which to file pretrial motions in accordance with the progression order (Filing No. 14). Defendants' counsel represents that counsel for the government has no objection to the motions. Upon consideration, the motions will be granted.

**IT IS ORDERED:**

Defendants' motions for an extension of time (Filing Nos. 27 and 28) are granted. The defendants are given until **on or before April 28, 2015,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **March 25, 2015, and April 28, 2015**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 25th day of March, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge