```
                                              FILED
                                          U.S. DISTRICT COURT
                                         DISTRICT OF NEBRASKA
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA    15 JUN -4 AM 9: 41

                                             OFFICE OF THE CLERK
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )   8:15CR61
                             )
     v.                      )
                             )
MATTHEW M. LEONARD, and      )   ORDER
DAVID E. LEONARD,            )
                             )
              Defendants.    )
                             )
```

This matter is before the Court on two related motions. The government has moved (Filing No. 32) that the Court set a trial date. The defendants, Matthew (Filing No. 33) and David (Filing No. 34) Leonard, have moved for an extension of trial of 60 days after June 8, 2015. The government has no objection for this extension and the defendants' motions are unopposed. The defendants have also waived their right to a speedy trial.

IT IS ORDERED:

1) The plaintiff's motion (Filing No. 32) is denied.

2) The defendants' motion (Filing No. 33) is granted. The trial shall commence on or before August 10, 2015 and the defendants may file pretrial motions pursuant to the progression order before that time. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendant in a speedy trial. The additional time

arising as a result of the granting of the motions, i.e., the time between June 4, 2015, and August 10, 2015, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

    DATED this 4th day of June, 2015.

    BY THE COURT:
/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court