IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )         8:15CR61
                              )
     v.                       )
                              )
MATTHEW M. LEONARD and        )         ORDER
DAVID E. LEONARD,             )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on the findings and recommendations of the magistrate judge contained in the transcript (Filing No. 49), in which the magistrate judge recommends that defendants' motions to suppress (Filing No. 36 for Matthew Leonard; Filing No. 37 for David Leonard) should be denied. The Court has reviewed the transcript of the evidence received by the magistrate judge and notes no objections have been filed. The Court finds that the magistrate judge's findings and recommendations should be approved and adopted by the Court. Accordingly,

IT IS ORDERED:

1) The findings and recommendations of the magistrate judge are approved and adopted.

2) The motion to suppress of Matthew Leonard is denied.

3) The motion to suppress of David Leonard is denied.

      4) Trial of this matter is scheduled for:

**Monday, November 9, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  This will give the parties time to pursue plea negotiations or prepare for trial, and it will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between October 5, 2015, and November 9, 2015, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

      DATED this 5th day of October, 2015.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court